**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. JESSE EHRLICH,<br><br>Plaintiff,<br><br>v.<br><br>1. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | ) | No. CIV-17-485-HE<br><br>***Honorable Joe Heaton*** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Jesse Ehrlich, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

s/C. Scott Loftis
C. Scott Loftis, OBA #20086
**LOFTIS LAW FIRM**
P. O. Box 2608
210 E. Grand Ave.
Ponca City, OK 74602
Loftislaw08@hotmail.com
Telephone: (580) 762-3100
Facsimile: (580) 304-7018
**ATTORNEY FOR PLAINTIFF**

s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr., OBA #11743
JTAcqua@aol.com
Elizabeth A. Snowden, OBA #22721
beths@wcalaw.com
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

__X__ I hereby certify that on the 30th day of November, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. C. Scott Loftis
**LOFTIS LAW FIRM**
P. O. Box 2608
210 E. Grand Ave.
Ponca City, OK 74602
Loftislaw08@hotmail.com
**ATTORNEY FOR PLAINTIFF**

________ I hereby certify that on the _____ day of __________, 2017, I served the attached document by certified mail, return receipt requested, with proper postage prepaid thereon to the following:

s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr.